IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., )<br> )<br>             Plaintiff, )<br> )<br>vs. )<br> )<br>DENNIS CATTON, )<br> )<br>             Defendant. )<br>_____)<br>STATE OF NORTH CAROLINA )<br>COUNTY OF MECKLENBURG ) | CIVIL ACTION NO.<br>3:10-cv-00234 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Plaintiff, Meineke Car Care Centers, Inc. makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes (X) No

2. Does party have any parent corporations?

    (X) Yes ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent Corporations: Driven Brands, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes (X) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes (X) No

This the 21st day of May, 2010.

                                                                             s/ Amy K. Reynolds
                                                          N.C. State Bar No. 21266
                                                          Attorney for Plaintiff
                                                          Meineke Car Care Centers, Inc.
                                                          128 South Tryon Street, Suite 900
                                                          Charlotte, NC 28202
                                                          Telephone: (704) 644-8144
                                                          Fax: (704) 358-4706
                                                          E-mail: amy.reynolds@meineke.com