IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv234

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| DENNIS CATTON, ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the court on periodic case review. Review of the docket entries reveals that default has been entered against defendant and that a preliminary injunction was granted in June 2010. Other than seeking enforcement of the preliminary injunction, plaintiff has not taken action to reduce the default and the preliminary injunction to a judgment containing a permanent injunction. Plaintiff will be directed to take appropriate action under Rule 55, Federal Rules of Civil Procedure, within 30 days.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff take appropriate action under Rule 55 within 30 days.

Signed: March 28, 2011

Max O. Cogburn Jr.
United States District Judge