IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv234

| MEINEKE CAR CARE CENTERS, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| Vs. | ) | ORDER |
| DENNIS CATTON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the court on periodic case review. Counsel has informed the court that all relief sought in this civil action has been provided, that the TRO issued by this court has expired, and that this action should be terminated. The court appreciates counsel for plaintiff's prompt response to the previous status Order, notes full compliance with the previous Order, and will now terminate this action.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED**.

Signed: April 5, 2011

Max O. Cogburn Jr.
United States District Judge